360 A.2d 674
Morris v. McDowell, Appellant.

Argued June 16, 1976. Hugh Frank Mc-Dowell, Sr., appellant, *in propria persona*; William R. Cooper, with him Stewart J. Greenleaf and Emory W. Buck, for appellee.

Order affirmed.

360 A.2d 667
Morse v. Morse, Appellant.

Argued June 22, 1976. William H. Lamb, with him Frank J. Williams, for appellant; Michael B. Kean, with him David E. Abrahamsen, for appellee.

Order affirmed.